PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.   San Juanita Garcia-Ortega        Docket No.    2:09CR02102-001

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW James A. Moon, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant San Juanita Garcia-Ortega who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Spokane, WA, on the 7th day of January 2010, under the following conditions:

**Unnumbered Condition**: Refrain from the use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: San Juanita Garcia-Ortega is alleged to be in violation of her conditions for pretrial supervision in the Eastern District of Washington by having used cocaine on February 17, 2010.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   2/23/2010

by   s/James A. Moon

James A. Moon
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

02-23-2010
Date