PROB 12B
(7/93)

Report Date: May 2, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 06 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: San Juanita Garcia-Ortega          Case Number: 2:09CR02102-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 12/6/2010          Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute Controlled Substance, 21 U.S.C. § 846          Date Supervision Commenced: 6/4/2012

Original Sentence: Prison - 41 Months; TSR - 60 Months          Date Supervision Expires: 6/3/2017

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall complete 20 hours of community service work, at a non-profit organization, and provide verification. The hours are to be completed in full no later than July 31, 2013.

## CAUSE

Ms. Garcia-Ortega, as a result of her admission of illegal drug use, agrees to complete 20 hours of community services at a non-profit organization. She agrees to provide verification of the completed hours, no later than July 31, 2013. She recognizes her poor decision making and wants to make amends by preforming these hours and giving back to the community. She has also agreed to successfully complete any and all recommended substance abuse treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 2, 2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[x] The Modification of Conditions as Noted Above
[ ] Other

s/ Fred Van Sickle

Signature of Judicial Officer

5/6/13

Date