PROB 12C
(7/93)

Report Date: July 28, 2015

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 29, 2015

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: San Juanita Garcia-Ortega                Case Number: 2:09CR02102-SAB-1

Address of Offender: ███████████

Name of Supervising Judicial Officer:  The Honorable Stanley Allen Bastian, U.S. District Judge

Date of Original Sentence: December 6, 2010

Original Offense:        Conspiracy to Distribute Controlled Substance, 21 U.S.C. § 846

Original Sentence:       Prison - 41 months;            Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Mary K. Dimke                  Date Supervision Commenced: August 20, 2014

Defense Attorney:        Alex B. Hernandez, III         Date Supervision Expires: February 19, 2017

## PETITIONING THE COURT

   To issue a warrant, and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/30/2015.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: The defendant reported to this officer on July 9, 2015. At the conclusion of the office visit, this officer directed the defendant to report to the U.S. Probation office the following week, between July 13 and 17. The defendant called this officer on July 14, 2015, but never reported as directed. |
| 5 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: The defendant began intensive outpatient treatment at Merit in Yakima, on June 10, 2015. The defendant was discharged, for lack of attendance, from outpatient treatment on July 23, 2015. |

Prob12C
Re: Garcia-Ortega, San Juanita
July 28, 2015
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 28, 2015

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

7/29/2015
Date