PROB 12C
(7/93)

Report Date: December 2, 2015

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: San Juanita Garcia-Ortega                Case Number: 0980 2:09CR02102-SAB-1

Address of Offender: █████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Stanley Allen Bastian, U.S. District Judge

Date of Original Sentence: December 6, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Controlled Substance, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 41 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: November 19, 2015 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: January 18, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer.<br><br>**Supporting Evidence**: On November 27, and 30, 2015, San Juanita Garcia-Ortega failed to report to the U.S. Probation Office.<br><br>Ms. Garcia-Ortega was released from the Yakima County Jail on November 18, 2015, after serving 4 months in custody for her supervised release sanction. This officer spoke with Ms. Garcia-Ortega on November 24, 2015, and directed her to report to the U.S. Probation Office by November 27, 2015. On November 25, 2015, Ms. Garcia-Ortega called the U.S. Probation Office and left a voice mail message stating she would be attending a funeral on November 27, 2015, and would report for an office visit on November 30, 2015. Ms. Garcia-Ortega failed to report on November 30, 2015, and her whereabouts is currently unknown. |

Prob12C
Re: Garcia-Ortega, San Juanita
December 2, 2015
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 2, 2015

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[xx]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

12/3/2015

Date